# Exhibit B

Acknowledgement of Receipt
of Quantlab Financial, LLC
Employee Handbook

*Please read the following statements, date and sign below and return to the Human Resources Coordinator*

This Employee Handbook is an important document intended to help you become acquainted with our policies and procedures. This handbook is not a contract and does not confer any contractual obligations or promises of continued employment or benefits to anyone. This Handbook will serve as a guide; it is not the final word in all cases. Individual circumstances may call for individual attention.

**UNDERSTANDING AND ACKNOWLEDGING RECEIPT OF QUANTLAB EMPLOYEE HANDBOOK**
I have received and read a copy of the Quantlab Employee Handbook. I understand that the policies and benefits described in it are subject to change at the sole discretion of Quantlab at any time.

**AT-WILL EMPLOYMENT**
I further understand that my employment is at will, and neither Quantlab nor myself has entered into a contract regarding the duration of my employment. I am free to terminate my employment with Quantlab at any time, with or without reason. Likewise, Quantlab has the right to terminate my employment, or otherwise discipline, transfer, or demote me at any time, with or without reason, at the discretion of Quantlab. No employee of Quantlab can enter into an employment contract for a specified period of time, or make any agreement contrary to this policy without written approval from W.E. Bosarge, Jr., Chief Executive Officer.

**ARBITRATION**
I also acknowledge I have read and understand the Arbitration Policy contained in this Employee Handbook and I agree to abide by the policy.

**CONFIDENTIALITY AND NON-COMPETITION AGREEMENT**
I also acknowledge I have read and understand the Confidentiality and Non-Competition Agreement presented to me upon commencement of employment and I agree to abide by the agreement.

Yongzhong Xu
Employee's Printed Name

Quantitative Research Analyst
Position

[signature]
Employee's Signature

1/28/08
Date

cc:  Employee (copy)
     Personnel File (original)